JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 522 -- In re Air Crash Disaster at Chihuahua, Mexico on July 27, 1981

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/08/18 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC., EXHIBIT -- Aeromexico.  SUGGESTED TRANSFEREE DISTRICT: N. D. Alabama  SUGGESTED TRANSFEREE JUDGE:  (eaf) |
| 82/08/25 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-3 for Panel hearing in Oklahoma City, Oklahoma on 9/23/82  (ds) |
| 82/08/27 | 2 | RESPONSE/BRIEF -- Rodriguez, et al. -- w/cert. of svc. (emh) |
| 82/08/30 | | APPEARANCES -- Richard L. Bowers, Esq. for Norberto Rodriguez, et al., etc.; Stephen J. Fearon, Esq. for Aeronaves De Mexico, S.A., (AEROMEXICO)  (ds) |
| 82/09/09 | 3 | REPLY BRIEF -- deft. Aeronaves De Mexico, S.A. w/cert. of svc.  (ds) |
| 82/09/20 | | HEARING APPEARANCE: STEPHEN J. FEARON, ESQ. for Aeronaves DeMexico, S.A. (Aeromexico)  (cds) |
| 82/09/20 | | WAIVERS: Norberto Rodriguez; Amy Martinez, et al.  (cds) |
| 82/10/07 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to Honorable Robert B. Propst in N.D. Alabama for coordinated or consolidated pretrial proceedings.  (emh) |
| 82/10/07 | | TRANSFER ORDER -- transferring action (A-3) to the Northern District of Alabama pursuant to 28 U.S.C. §1407.  (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 522 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster at Chihuahua, Mexico on July 27, 1981

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/7/82 | TO | Unpublished | N.D. Alabama | Robert B. Propst | |

### Special Transferee Information

no fee Case
205-254-701

DATE CLOSED: 10/10/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 522 -- In re Air Crash Disaster at Chihuahua, Mexico on July 27, 1981

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Carolyn Butler, etc. v. Aeromexico | N.D.Ala. Propst | CV82-PT-0322-S | | | 10/10/84 D | |
| A-2 | Dorothy B. Reed, etc. v. Aeromexico | N.D.Ala. Propst | CV82-P-1517-S | | | 10/10/84 | |
| A-3 | Norberto Rodriguez, et al., etc. v. Aeromexico, Inc. | C.D.Cal. Tashima | 82-3960-AW | OCT 7,1982 | | 2/21/83 D | |

v ~~~ are set for Trial ~~~ '83

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 522 -- In re Air Crash Disaster at Chihuahua, Mexico, on July 27, 1981

| | |
|---|---|
| CAROLYN BUTLER, ETC. (A-1)<br>DOROTHY B. REED, ETC. (A-2) (No app rec'd)<br>James J. Thompson, Jr., Esquire<br>Hare, Wynn, Newell & Newton<br>700 City Federal Building<br>Birmingham, Alabama 35203<br><br>NORBERTO RODRIGUEZ, ET AL., ETC. (A-3)<br>Richard L. Bowers, Esquire<br>The Boccardo Law Firm<br>111 West St. John Street<br>Suite 1100<br>San Jose, California 95115 | AERONAVES DE MEXICO, S.A., (AEROMEXICO)<br>Stephen J. Fearon, Esquire<br>Condon & Forsyth<br>1251 Avenue of the Americas<br>New York, New York 10020 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 522 -- In re Air Crash Disaster at Chihuahua, Mexico, on July 27, 1981

| Name of Party | Named as Party in Following Actions |
|---|---|
| Aeronaves De Mexico, S.A. (AEROMEXICO) | A-1, A-2, A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | A-1, A-2, A-3 |
| | |
| | |