JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -7 1982

PATRICIA D. HOWARD
CLERK OF THE PANEL

10/7/82

DOCKET NO. 522

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT CHIHUAHUA, MEXICO, ON JULY 27, 1981

### TRANSFER ORDER

The Panel having ruled from the bench at the hearing held on this matter that the actions in this litigation raise common questions of fact and that centralization in the Northern District of Alabama pursuant to 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation,

IT IS ORDERED that the action listed on the attached Schedule A and pending in the Central District of California be, and the same hereby is, transferred pursuant to Section 1407 to the Northern District of Alabama and, with the consent of that court, assigned to the Honorable Robert B. Propst for coordinated or consolidated pretrial proceedings with the actions already pending there and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Case MDL No. 522   Document 2   Filed 06/03/15   Page 2 of 2

## Schedule A

**MDL-522 -- In re Air Crash Disaster at Chihuahua, Mexico on July 27, 1981**

    **Central District of California**
**Norberto Rodriguez, et al., etc. v. Aeromexico, Inc.,**
  C.A. No. CV82-3960-AWT
    **Northern District of Alabama**
**Carolyn Butler, etc. v. Aeromexcio,**
  C.A. No. CV82-PT-0322-S
**Dorothy B. Reed, etc. v. Aeromexico,**
  C.A. No. CV82-P-1517-S